UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IRENE S. HARDY,

        Plaintiff,

v.                                                      Case No.  8:05-cv-1668-T-24EAJ

TRANSAMERICA LIFE INSURANCE
COMPANY F/K/A NN INVESTORS
LIFE INSURANCE COMPANY,

        Defendant.
_____/

**ORDER**

       This cause comes before the Court on the parties' Joint Notice of Settlement and Stipulation of Dismissal (Doc. No. 9).  The parties advise they have reached an amicable settlement and request that the matter be dismissed with prejudice.

       Having considered the parties' Joint Notice of Settlement and Stipulation of Dismissal (Doc. No. 9), and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that this action is dismissed with prejudice.  The Clerk is directed to **CLOSE** this case and **TERMINATE** all pending motions.

       **DONE** and **ORDERED** at Tampa, Florida, this 18th day of January, 2006.

*/s/ Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record